THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
MILTON GUMINS, Appellant.

Submitted November 13, 1939; decided November 15, 1939.

*Daniel J. O'Mara, District Attorney (Harry L. Rosenthal*
of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed unless appeal is
brought on for argument during second week of January,
1940, session, in which event the motion is denied.